**MINIAT & WILSON, L.P.C.**
**550 WEST INA ROAD, SUITE 101**
**TUCSON, ARIZONA  85704-4496**
**TEL#: (520) 742-1177**
**FAX#: 877-399-4343**
**Jerald R. Wilson**
**Firm No.:**       00235500
**State Bar No.:**    014933
**PCC No.:**          64897

**Attorneys for Defendant TUSD**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BRUCE P. MURCHISON, an individual,<br><br>                    Plaintiff,<br><br>v.<br><br>TUCSON UNIFIED SCHOOL DISTRICT, a Public Entity,<br><br>                    Defendant. | Case No:  CIV12-344 TUCDCB<br><br><br>**ANSWER** |

COMES NOW Defendant, TUCSON UNIFIED SCHOOL DISTRICT, by and through counsel undersigned, and answers as follows:

    1.    Admits that jurisdiction and venue are proper.

    2.    Admits that TUSD is a public subdivision that conducts business in Pima County, Arizona.

    3.    Admits that Bruce P. Murchison was employed by TUSD.

    4.    TUSD generally denies all allegations not specifically admitted.

    5.    TUSD alleges that the Complaint fails to state a cause of action upon which relief can be granted; failure to prove each element of the cause of action; failure to mitigate damages; failure to timely file a notice of claim pursuant to A.R.S. §12-820.01; failure to meet the

statutory requirements of A.R.S. §12-820.01; failure to timely file his complaint pursuant to A.R.S. §41-1481(D) that all actions taken by TUSD were in good faith and that there were legitimate business reasons for any actions taken.

6.    Defendant requests a trial by jury.

Wherefore, Defendant requests judgment in its favor, together with recovery of attorney's fees and costs and such other relief as is appropriate under the circumstances.

DATED this 27th day of August, 2012.

                      MINIAT & WILSON, L.P.C.

By   *s/Jerald R. Wilson*
       Jerald R. Wilson
       Attorney for Defendant TUSD

Copy of the foregoing mailed
this 27th day of August, 2012, to:

Bruce P. Murchison
4850 S. Lantana Pl
Tucson, Arizona 85730

*Julianna Malboeuf*