**MINIAT & WILSON, L.P.C.**
**550 WEST INA ROAD, SUITE 101**
**TUCSON, ARIZONA  85704-4496**
**TEL#: (520) 742-1177**
**FAX#: 877-399-4343**
**Jerald R. Wilson**
**Firm No.:**           00235500
**State Bar No.:**        014933
**PCC No.:**               64897

**Attorneys for Defendant TUSD**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| BRUCE P. MURCHISON, an individual, | Case No: CIV12-344 TUC DCB |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF SERVICE OF DISCOVERY** |
| TUCSON UNIFIED SCHOOL DISTRICT, a Public Entity, | |
| Defendant. | Assigned to: Honorable David C. Bury |

   Tucson Unified School District by and through counsel undersigned gives notice that on the 19th day of December, 2012, it served upon all counsel of record via U.S. Mail, Answers To Plaintiffs' First Set Of Non-Uniform Interrogatories To Defendant.

   DATED this 19th day of December, 2012.

                MINIAT & WILSON, LPC


              By: /s/ *Jerald R. Wilson*
                **Jerald R. Wilson, Esq.**
                Attorney for Defendant TUSD

- 2 -

Copy of the foregoing mailed
this 19th day of December, 2012
to:

Bruce P. Murchison
4850 South Lantana Place
Tucson, Arizona 85730
Plaintiff Pro Per

*Julianna Malboeuf*