MINIAT & WILSON, L.P.C.
550 WEST INA ROAD, SUITE 101
TUCSON, ARIZONA  85704-4496
TEL#: (520) 742-1177
FAX#: 877-399-4343
Jerald R. Wilson
Firm No.:          00235500
State Bar No.:     014933
PCC No.:           64897

**Attorneys for Defendant TUSD**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BRUCE P. MURCHISON, an individual,<br><br>                      Plaintiff,<br><br>v.<br><br>TUCSON UNIFIED SCHOOL DISTRICT, a Public Entity,<br><br>                      Defendant. | Case  No:  CIV12-344 TUC DCB<br><br>**NOTICE OF SERVICE OF DEFENDANT'S SUPPLEMENTAL DISCLOSURE STATEMENT**<br><br>**Assigned to:  Honorable David C. Bury** |

NOTICE IS HEREBY GIVEN by Defendant, through counsel undersigned, that Defendant's Supplemental Disclosure Statement was served upon Plaintiff on the 14th day of March, 2013, by United States First Class Mail, postage prepaid.

DATED this 14th day of March, 2013.

MINIAT & WILSON, L.P.C.

By: */s/ Jerald R. Wilson*
        Jerald R. Wilson
     Attorney for Defendant

Copy of the foregoing mailed
this 14th day of March, 2013
to:

Bruce P. Murchison
4850 South Lantana Place
Tucson, Arizona 85730
Plaintiff Pro Per

*Julianna Malboeuf*