|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

Burce P. Murchison,            )
                Plaintiff,    )    CV12-344 TUD DCB
v.                             )
                              )
Tucson Unified School District, )    **ORDER**
                Defendant.   )
_____)

      Plaintiff appears pro se in this case.  He has requested permission to use the electronic case filing system in this case.  The Court finding good cause,

      **IT IS ORDERED** that the Motion to Allow Electronic Filing by a Party Appearing Without an Attorney and Supporting Information (Doc. 25) is **GRANTED.**

      **IT IS FURTHER ORDERED** that Bruce P. Murchison may appear without an attorney in this case only. The party is required to comply with all rules outlined in the District of Arizona's Case Management/Electronic Case Filing Administrative Policies and Procedures Manual, have access to the required equipment and software, have a personal electronic mailbox of sufficient capacity to send and receive electronic notice of case related transmissions, be able to electronically transmit document to the court in .pdf, complete the attached form to register as a use with the Clerk's Office within five (5) days of the date of this Order, register as a subscriber to PACER (Public Access to Electronic Records) within five (5) days of the date of this

Order and comply with the privacy policy of the Judicial Conference of the United States and the E-Government Act of 2002. Any misuse of the ECF system will result in immediate discontinuation of this privilege and disabling of the password assigned to the party.

      DATED this 28th day of May, 2013.

                                                David C. Bury
                                        United States District Judge