AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. CV 12-344 TUC DCB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*  Abel Morado
was received by me on *(date)*  06/03/2013 .

☑ I served the subpoena by delivering a copy to the named person as follows:  Tucson Unified School District Legal Department, 1010 E 10th Street, Tucson, Arizona, 85719
on *(date)*  06/04/2013  ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 0.00 .

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/07/2013

*Server's signature*

Billie L Salas
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

