# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Bruce P. Murchison, an individual, ) | CV 12-344 TUC DCB |
| Plaintiffs, ) | |
| v. ) | **ORDER** |
| Tucson Unified School District, a public entity, ) | |
| Defendant. ) | |

The Plaintiff moves to quash a subpoena duces tecum served on the Arizona State Retirement System and Sedgwick James, the third party administrator for the Arizona Retirement System. Plaintiff challenges the relevancy of the subpoena. Federal Rule Civil Procedure, Rule 26(b) provides a liberal discovery standard. Information need not be admissible at trial to be relevant; it is discoverable as long as it appears to be reasonably calculated to lead to discovery of admissible evidence. Fed. R. Civ. P. 26.

For the reasons explained by the Defendant in its responses to the two Motions to Quash, the discovery sought is relevant to the questions of liability and damages.

**Accordingly,**

**IT IS ORDERED** that the Motion to Quash (Doc. 28) and Motion to Quash (Doc. 31) are DENIED.

DATED this 19th day of June, 2013.

David C. Bury
United States District Judge