**MINIAT & WILSON, L.P.C.**
550 WEST INA ROAD, SUITE 101
TUCSON, ARIZONA  85704-4496
TEL#: (520) 742-1177
FAX#: 877-399-4343

**Jerald R. Wilson**
Firm No.:           00235500
State Bar No.:      014933
PCC No.:            64897

**Attorneys for Defendant TUSD**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| BRUCE P. MURCHISON,<br><br>            Plaintiff,<br><br>v.<br><br>TUCSON UNIFIED SCHOOL DISTRICT, A Public Entity,<br>            Defendant. | No. CV-12-344 TUC DCB<br><br>**TUCSON UNIFIED SCHOOL DISTRICT'S MOTION TO STRIKE**<br><br>Honorable:  David C. Bury |
|---|---|

Pursuant to Federal Rules of Civil Procedure, Defendant Tucson Unified School District, by and through counsel undersigned, moves to strike a portion of Plaintiff's motion for summary judgment.  Specifically, TUSD requests to strike the claim regarding harassment and/or retaliation alleged against TUSD and Abel Morado, which is contained mostly in pages thirteen (13) through nineteen (19).  That portion of the motion should be struck because there is no cause of action for harassment and/or retaliation in the current complaint and TUSD is prejudiced in their ability to respond to such a claim.

Plaintiff filed a complaint against TUSD in May of 2012 alleging a failure to make a reasonable accommodation.  The parties had a scheduling conference in February of 2013,

wherein it was held that discovery would end on June 7, 2013 and dispositive motions would be due on July 8, 2013.  On June 9, 2013, two days after discovery had been closed, Plaintiff filed a motion to amend the complaint to add a cause of action for harassment and/or retaliation.  TUSD has opposed the motion as untimely, futile and failure to exhaust administrative remedies.  The Court has not yet ruled on the motion to amend.

Therefore, in the current status of the case, there is no claim for harassment and/or retaliation.  The only cause of action is for an alleged failure to make a reasonable accommodation.  For that reason alone, the portion of Plaintiff's motion for summary judgment should be struck as immaterial or impertinent.

Further, prejudice to TUSD is evident.  Plaintiff only brought this claim after discovery had been closed.  Besides that, TUSD contests the viability of such cause of action.  TUSD should not have to waste resources in responding to the claim for harassment and/or retaliation.  TUSD has had no opportunity to conduct any discovery from Plaintiff regarding these issues.  Further, TUSD has not even had an opportunity to disclose their own witnesses and evidence regarding this contention.  It is impractical and prejudicial to require TUSD to respond to a motion for summary judgment, when such cause of action is not part of the complaint, there has been no disclosure of witnesses and evidence and there has been no discovery.

Based on the foregoing, TUSD would respectfully request that the Court strike any portion of Plaintiff's motion for summary judgment that refers to any cause of action for

harassment and/or retaliation.  TUSD would request a ruling prior to having to respond to Plaintiff's motion for summary judgment.

DATED this 11th day of July, 2013.

                                      MINIAT & WILSON, L.P.C.

                                      By*:  s/Jerald R. Wilson*
                                          Jerald R. Wilson
                                    Attorneys for Defendant TUSD

Copy of the foregoing mailed this
11th day of July, 2013 to:

Bruce P. Murchison
4850 South Lantana Place
Tucson, Arizona 85730
Plaintiff, Pro Se

*Julianna Malboeuf*