IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bruce P. Murchison,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Tucson Unified School District, a Public Entity,<br><br>　　　　Defendant. | No. CV-12-0344-TUC-DCB<br><br>**ORDER** |

　　　IT IS HEREBY ORDERED that this matter is set for a SETTLEMENT CONFERENCE on **Thursday, July 10, 2014 at 9:30 a.m.** before the Honorable Bruce G. Macdonald. The parties shall meet at the Evo A. DeConcini United States Courthouse, Courtroom 3C.

　　　IT IS FURTHER ORDERED that lead trial counsel and a representative of the Defendants with complete settlement authority attend the settlement conference. If the parties have any questions or concerns prior to the conference, please contact my law clerk, Marcia Delanty, at (520) 205-4520.

　　　DATED this 9th day of June, 2014.

_____
Bruce G. Macdonald
United States Magistrate Judge